WILLIAM J. WEAVER, as Administrator of the Estate of ELIZABETH W. WEAVER, Deceased, et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 40978.) — Per Curiam.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*.